IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00388-CMA-CBS

SUE ANN W.R. WEBSTER,
RON ALEXANDER JOHNSON,
CHRISTOPHER PAUL JOHNSON, and
THE ESTATE OF ALEXANDER JOHNSON, JR.,

    Plaintiffs,

v.

SANDRA K. SHOCKLEY, f/k/a Sandra K. Johnson,
THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a Department
   of the United States of America,
JANET NAPOLITANO, SECRETARY, and
THE UNITED STATES COAST GUARD,

    Defendants.

## ORDER ADOPTING STIPULATION OF THE PARTIES

This matter is before the Court on the parties' Stipulation and Request for Status Conference (Doc. # 4), filed February 26, 2009. Upon review of the Stipulation, the Court hereby

ORDERS that the statements set forth in the Stipulation are ADOPTED as an Order of this Court, *i.e.*, the United States Coast Guard will hold in abeyance the payment of moneys from the retired pay account of Alexander Johnson, Jr., USCG (Ret.) to any person, until such time as the Court has rendered a final decision on the claims asserted in Plaintiffs' Complaint.

The Court notes that a scheduling and planning conference has been set before Magistrate Judge Shaffer on April 13, 2009. The briefing schedule mentioned in Doc. # 4 should be raised with Magistrate Judge Shaffer at that time.

IT IS FURTHER ORDERED that Plaintiffs' two motions for a temporary restraining order (Doc. ## 2 and 13) are DENIED AS MOOT.

DATED: March   23  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge