**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00388-CMA-CBS

SUE ANN W.R. WEBSTER,
RON ALEXANDER JOHNSON,
CHRISTOPHER PAUL JOHNSON, and
THE ESTATE OF ALEXANDER JOHNSON, JR.,

    Plaintiffs,

v.

SANDRA K. SHOCKLEY, f/k/a Sandra K. Johnson,
THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a Department
   of the United States of America,
JANET NAPOLITANO, SECRETARY, and
THE UNITED STATES COAST GUARD,

    Defendants.

_____

### ORDER GRANTING UNOPPOSED MOTION FOR STAY
_____

This matter is before the Court on the Federal Defendants' Unopposed Motion for Stay (Doc. # 24), filed April 27, 2009. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED. It is

FURTHER ORDERED that counsel for the Federal Defendants shall file monthly status reports until the issues surrounding the Office of General Counsel's decision is resolved.

DATED: April 28, 2009.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge