**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00388-CMA-CBS

SUE ANN W.R. WEBSTER,
RON ALEXANDER JOHNSON,
CHRISTOPHER PAUL JOHNSON, and
THE ESTATE OF ALEXANDER JOHNSON, JR.,

    Plaintiffs,

v.

SANDRA K. SHOCKLEY, f/k/a Sandra K. Johnson,
THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a Department
   of the United States of America,
JANET NAPOLITANO, SECRETARY, and
THE UNITED STATES COAST GUARD,

    Defendants.

---

### ORDER OF ADMINISTRATIVE CLOSURE

---

    This matter is before the Court *sua sponte*. Upon review of the file, the Court hereby ORDERS as follows:

    1.    This Court's Order Granting [Defendants'] Unopposed Motion For Stay (Doc. # 25) is VACATED;

    2.    The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action WITHOUT PREJUDICE pursuant to D.C.Colo.LCivR 41.2.

    3.    This matter is subject to reopening by the filing of a notice indicating that the Department of Defense's Office of General Counsel has issued a decision on the

issue of whether any accrued and unpaid military retirement pay for Coast Guard Chief Petty Officer Alexander Johnson is due and owing.

DATED:  October   13  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge